JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED S. ADAN, as an individual<br><br>Plaintiff,<br><br>v.<br><br>ACCURATE BACKGROUND, LLC, a California corporation; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 8:17-cv-00431-JLS-JCG<br><br>**DISMISSAL ORDER** |

Pursuant to the Joint Stipulation for Dismissal of Defendant Accurate Background, LLC filed December 11, 2017, Plaintiff Ahmed Adan ("Plaintiff") and Defendant Accurate Background, LLC ("Defendant"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii): the Court hereby Orders as follows:

1. Defendant Accurate Background, LLC is dismissed of any and all claims of the Plaintiff against the Defendant with prejudice; and

2. Each party bears his or its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: December 19, 2017

_____
JOSEPHINE L. STATON
United States District Judge

- 1 -